# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Emmett R. | U.S. Court of Appeals, Eleventh Circuit | 04/25/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 113 St. Joseph Street<br>Room 433<br>Mobile, AL 36602 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Secretary | Oswalt Condominium Owners Association (see Section VIII for description) |
| 2. | Secretary-Treasurer | Mobile Bay Compass Rose Fleet of International Yachting Fellowship of Rotarians (affiliate of Rotary International) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Cox, Emmett R.**

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | University of Alabama School of Law - Teaching | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University, Law & Ecomonics Center | 08/26/10 - 08/29/10 | Fairfax, VA | Seminar | Lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Funds: Euro Pacific Growth A (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/28/10 | J | | |
| 2. RBC Centura Bank (Account) | A | Interest | J | T | | | | | |
| 3. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 4. The Vanguard Value Index Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 5. Harbor Fund Capital Appreciation (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/20/10 | J | | |
| 6. Matthews Int'l Funds: Asian Grth & Income Fund (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/10/10 | J | | |
| 7. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 8. TDAM MM Portfolio Investor Class (Account) (Y) | | | | | | | | | |
| 9. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |
| 10. Franklin Federal Ala T/F/Incm CL A (Mutual Fund) | A | Interest | K | T | Buy (add'l) | 01/22/10 | J | | |
| 11. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 12. | | | | | Buy (add'l) | 12/22/10 | J | | |
| 13. Oppenheimer Developing Markets CL A (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/23/10 | J | | |
| 14. Sit New Beginning Tx Fr Inc Com (Mutual Fund) | A | Interest | J | T | Buy (add'l) | 01/04/10 | J | | |
| 15. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 16. Vanguard INFL-Protected Secs Fd (Mutual Fund) | C | Dividend | J | T | Buy (add'l) | 12/29/10 | J | | |
| 17. TDAM MM Portfolio Investor Class (Account) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Europacific Growth F2 CL (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/28/10 | J | | |
| 19. | | | | | Sold (part) | 02/16/10 | J | A | |
| 20. | | | | | Sold (part) | 05/17/10 | J | A | |
| 21. | | | | | Sold (part) | 08/16/10 | J | A | |
| 22. | | | | | Sold (part) | 11/15/10 | J | A | |
| 23. Brandywine Funds Com (Mutual Fund) | | None | | | Sold | 11/19/10 | J | C | |
| 24. Clipper Fund Inc Com (Mutual Fund) | A | Dividend | K | T | Sold (part) | 02/16/10 | J | A | |
| 25. | | | | | Sold (part) | 05/17/10 | J | A | |
| 26. | | | | | Sold (part) | 08/16/10 | J | A | |
| 27. | | | | | Sold (part) | 08/16/10 | J | A | |
| 28. | | | | | Sold (part) | 11/15/10 | J | A | |
| 29. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 30. Janus Invt Fund: Perkins Mid Cp VL Inv (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/21/10 | J | | |
| 31. Professionally Mdg Ptfl Osterweis Fund (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/16/10 | J | | |
| 32. Sequoia Fund Inc Com (Mutual Fund) | | None | | | Sold (part) | 02/17/10 | J | A | |
| 33. | | | | | Sold (part) | 05/17/10 | J | A | |
| 34. | | | | | Sold | 05/28/10 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Third Avenue Tr Int'l Value Fund (Mutual Fund) | | None | | | Sold | 11/19/10 | J | C | |
| 36. Ishares: Russell 3000 Index Fund (Mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/30/10 | J | | |
| 37. Ishares: GSCI Commodity Indexed Trust (Mutual Fund) | | None | | | Sold | 01/05/10 | J | B | |
| 38. Ishares: DJ US Real Estate (Mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/30/10 | J | | |
| 39. American Funds: Euro Pacific Growth F (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/28/10 | J | | |
| 40. | | | | | Sold (part) | 01/25/10 | J | A | |
| 41. | | | | | Sold (part) | 04/26/10 | J | A | |
| 42. | | | | | Sold (part) | 07/26/10 | J | A | |
| 43. | | | | | Sold (part) | 10/25/10 | J | A | |
| 44. American Funds: Growth Fund of America F (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/22/10 | J | | |
| 45. Clipper Fund Inc Com (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/02/10 | J | | |
| 46. | | | | | Sold (part) | 01/25/10 | J | A | |
| 47. | | | | | Sold (part) | 04/26/10 | J | A | |
| 48. | | | | | Sold (part) | 07/26/10 | J | A | |
| 49. | | | | | Sold (part) | 10/25/10 | J | A | |
| 50. Loomis Sayles Fds I Bd Fd Instl (Mutual Fund) | B | Dividend | K | T | Buy (add'l) | 01/27/10 | J | | |
| 51. | | | | | Buy (add'l) | 12/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay Funds: ICAP Select Equity Fd CL I (Mutual Fund) | A | Dividend | J | T | Buy (add'l) | 12/14/10 | J | | |
| 53. Professionally Mgd Ptfl: Osterweis Fund (Mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/16/10 | J | | |
| 54. Sequoia Fund Inc Com (Mutual Fund) | | None | | | Sold | 05/28/10 | K | D | |
| 55. Third Avenue Tr Intl Value Fund (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/22/10 | J | | |
| 56. Pimco Funds, Commodity/Real Ret Strat Instl (Mutual Fund) | A | Dividend | J | T | | | | | |
| 57. Pimco Funds Commidity/Real Ret Strat Instl (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 11/22/10 | J | | |
| 58. American Funds Fundamental Investors F (Mutual Fund) | A | Dividend | K | T | Buy | 06/01/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R. | 04/25/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I. Positions.

Oswalt Condominium Owners Association is a not-for-profit association that holds title to and manages the common areas for three condominium units, one of which is owned by Emmett R. Cox

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Emmett R. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544